```
 1 │ TARA K. MCGRATH
 2 │ United States Attorney
 3 │ JOHN N. PARMLEY
   │ Assistant United States Attorney
 4 │ California State Bar No. 178885
 5 │ United States Attorney's Office
   │ 880 Front Street, Room 6293
 6 │ San Diego, California 92101-8893
 7 │ Telephone: (619) 546-7957
   │ Email: John.Parmley@usdoj.gov
 8 │
```

**FILED**

JUL 09 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 01MG2358 |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO UNSEAL COMPLAINT AND ORDER THEREON** |
| OMAR AHMED AL-BAYOUMI, | |
| Defendants. | |

Plaintiff, United States of America, by and through its counsel, Tara K. McGrath, United States Attorney, John Parmley, Assistant U.S. Attorney, move to unseal the complaint in the above-captioned case.

DATED: July 9, 2024

Respectfully submitted,
TARA K. MCGRATH
United States Attorney

*/s/ John Parmley*
JOHN PARMLEY
Assistant U.S. Attorney

//

//

**ORDER**

IT IS SO ORDERED.

*Michelle M. Pettit*
_____
HONORABLE MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE